Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 14−21646−RG  
        Chapter: 13  
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Catherine Roberson  
   151 Maple Ave  
   Irvington, NJ 07111

Social Security No.:  
   xxx−xx−7434

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/16 at 09:00 AM

to consider and act upon the following:

*54* − Objection to Trustee's Certification of Default (related document:52 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/15/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Catherine Roberson. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 8/12/16

                                               James J. Waldron  
                                               Clerk, U.S. Bankruptcy Court