Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 14−21646−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine Roberson
   151 Maple Ave
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−7434

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 9/21/16 at 09:00 AM

to consider and act upon the following:

*54* − Objection to Trustee's Certification of Default (related document:52 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/15/2016. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of Catherine Roberson. (Attachments: # 1 Certificate of Service) (Tanne, Scott)

Dated: 8/12/16

                                            James J. Waldron
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Catherine Roberson  
      Debtor

Case No. 14-21646-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Aug 12, 2016  
                        Form ID: ntchrgbk    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.  
db        +Catherine Roberson,   151 Maple Ave,   Irvington, NJ 07111-4216  
cr        +Lillian Zhang,   11 Walnut Street,   Livingston, NJ 07039-2507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/Text: cio.bncmail@irs.gov Aug 12 2016 21:37:31     IRS Department of Treasury,   955 S. Springfield Ave,   Bldg A,   Springfield, NJ   07081  
                                                                                                                                                               TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016                                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:  
        Joshua I. Goldman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann   Greenberg    magecf@magtrustee.com  
        Scott E. Tanne    on behalf of Debtor Catherine   Roberson info@tannelaw.com,   clerk@tannelaw.com  
                                                                                                                                                   TOTAL: 3