Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                          Case No.: 14−21646−RG
                                          Chapter: 13
                                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Catherine Roberson
   151 Maple Ave
   Irvington, NJ 07111

Social Security No.:
   xxx−xx−7434

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/8/16
Time:     10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott E Tanne, Debtor's Attorney

COMMISSION OR FEES
Fee: $1,960.00

EXPENSES
$46.28

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: October 17, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-21646-RG
Catherine Roberson                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                 Page 1 of 2           Date Rcvd: Oct 17, 2016
                              Form ID: 137                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db             +Catherine Roberson,    151 Maple Ave,    Irvington, NJ 07111-4216
515093148       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
514836997      +Equifax,    PO BOX  740241,    Atlanta, GA 30374-0241
514836998      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
515941800      +Lillian Zhang,    11 Walnut St.,    Livingston, NJ 07039-2507
514916830      +Office of Public Defender,    25 Market Street,    Trenton, NJ 08611-2148
514837004      +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837009      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
514837010     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of NJ Division of Taxation,    PO BOX 187,
                 Trenton, NJ 08695-0187)
514837011      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
514837012      +Wells Fargo N.A.,    c/o Udren Law Offices, P.C.,    Woodcrest Corporate Centert,
                 111 Woodcrest Road,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2016 23:57:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2016 23:57:04      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: cio.bncmail@irs.gov Oct 17 2016 23:56:37      IRS Department of Treasury,
                 955 S. Springfield Ave,    Bldg A,    Springfield, NJ  07081
514875843       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 18 2016 00:02:06
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
514836996      +E-mail/Text: bankruptcynotices@dcicollect.com Oct 17 2016 23:57:41      Diversified Consultant,
                 P O Box 551268,    Jacksonville, FL 32255-1268
514837001      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2016 23:57:04      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
514837002      +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2016 23:57:50      Nco Fin/09,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
514837003      +E-mail/Text: bankruptcydepartment@tsico.com Oct 17 2016 23:57:49      Nco Fin/09,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514837000        Kimberly Branch
cr*             +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
514836999*      +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
514837005*      +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837006*      +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837008     ##+Pentagroup Financial,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2311
514837007     ##+Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
                                                                                   TOTALS: 1, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Oct 17, 2016
                              Form ID: 137               Total Noticed: 19
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Joshua I. Goldman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates
               jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
               Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
              Scott E. Tanne    on behalf of Debtor Catherine  Roberson info@tannelaw.com,   clerk@tannelaw.com
                                                                                                 TOTAL: 4
```