| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Catherine Roberson** <br> First Name    Middle Name    Last Name | Social Security number or ITIN  **xxx–xx–7434** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of New Jersey** | | |
| Case number:  **14–21646–RG** | | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Catherine Roberson

2/27/17                                              **By the court:**    Rosemary Gambardella
                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 14-21646-RG
Catherine Roberson                                              Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                Page 1 of 2       Date Rcvd: Feb 27, 2017
                              Form ID: 3180W             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2017.
db            +Catherine Roberson,    151 Maple Ave,    Irvington, NJ 07111-4216
515093148      American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
516567127     +Carrington Mortgage Services, LLC,    1600 S. Douglass Rd.,    Anaheim, CA 92806-5951
514836997     +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
514836998     +Experian,   PO BOX 9701,    Allen, TX 75013-9701
515941800     +Lillian Zhang,    11 Walnut St.,    Livingston, NJ 07039-2507
514916830     +Office of Public Defender,    25 Market Street,    Trenton, NJ 08611-2148
514837004     +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837009     +Remex Inc,   307 Wall St,    Princeton, NJ 08540-1515
514837010    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court:  State of NJ Division of Taxation,    PO BOX 187,
                Trenton, NJ 08695-0187)
514837011     +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516567188     +Wells Fargo Bank, N.A.,    c/o Carrington Mortgage Serv., LLC,    1600 S. Douglass Rd.,
                Anaheim, CA 92806-5948
514837012     +Wells Fargo N.A.,    c/o Udren Law Offices, P.C.,     Woodcrest Corporate Centert,
                111 Woodcrest Road,    Cherry Hill, NJ 08003-3620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2017 23:12:25     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2017 23:12:22     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
cr             EDI: IRS.COM Feb 27 2017 22:48:00      IRS Department of Treasury,    955 S. Springfield Ave,
                Bldg A,    Springfield, NJ  07081
514875843      EDI: AIS.COM Feb 27 2017 22:48:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
514836996     +EDI: DCI.COM Feb 27 2017 22:48:00      Diversified Consultant,    P O Box 551268,
                Jacksonville, FL 32255-1268
514837001     +EDI: MID8.COM Feb 27 2017 22:48:00      Midland Funding,    8875 Aero Dr Ste 200,
                San Diego, CA 92123-2255
514837002     +E-mail/Text: bankruptcydepartment@tsico.com Feb 27 2017 23:13:01      Nco Fin/09,
                Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
514837003     +E-mail/Text: bankruptcydepartment@tsico.com Feb 27 2017 23:13:01      Nco Fin/09,
                507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514837000      Kimberly Branch
cr*           +Lillian Zhang,    11 Walnut Street,    Livingston, NJ 07039-2507
514836999*    +Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
514837005*    +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837006*    +Office of the Public Defender,    PO BOX 850,    Trenton, NJ 08625-0850
514837008    ##+Pentagroup Financial,    5959 Corporate Dr Ste 14,    Houston, TX 77036-2311
514837007    ##+Pentagroup Financial,    5959 Corporate Dr.,    Suite 1400,    Houston, TX 77036-2311
                                                                               TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Feb 27, 2017
                              Form ID: 3180W           Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates
           jgoldman@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas Paul Edwards    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for Carrington
           Mortgage Loan Trust, Series 2006-FRE2 Asset-Backed Pass-Through Certificates nedwards@shp-law.com
          Scott E. Tanne    on behalf of Debtor Catherine  Roberson info@tannelaw.com, clerk@tannelaw.com
                                                                                             TOTAL: 5
```